**Darren Eugene SHERMAN–BEY, Plaintiff–Appellant,**

v.

**Matthew L. CATE, Secretary of the California Department of Correction & Rehabilitation, official capacity; et al., Defendants–Appellees.**

No. 13–55337.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2014.*

Filed March 4, 2014.

Darren Eugene Sherman–Bey, San Luis Obispo, CA, pro se.

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM \*\*

California state prisoner Darren Eugene Sherman–Bey appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we affirm.

The district court properly dismissed Sherman–Bey's action because Sherman–Bey failed to allege facts sufficient to show that defendants consciously disregarded a serious risk to his health when delayed renewal of an exemption from prison policy allowing him to continue carrying his prescription pain medicine on his person. *See Farmer v. Brennan*, 511 U.S. 825, 845, 847, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (a prison official acts with deliberate indifference by failing to take reasonable measures to abate a substantial risk of serious harm to an inmate's health); *Toguchi v. Chung*, 391 F.3d 1051, 1060 (9th Cir.2004) (explaining that "[d]eliberate indifference is a high legal standard," and that medical malpractice or gross negligence is insufficient to establish deliberate indifference to serious medical needs).

**AFFIRMED.**

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.